UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-195-BES-LRL |
| Plaintiff, ) | |
| vs. ) | |
| MOHAMAD JOMAA ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#21), sentencing held on May 18, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: DISCOVER CARD
Amount of Restitution: $57,345.31

Name of Payee: IRS - RACS
Amount of Restitution: $35,741.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $37,906.47

Name of Payee: INTELLECTUAL PROPERTY ENFORCEMENT CO
Amount of Restitution: $10,095.40

Name of Payee: CITIGROUP INVESTIGATIVE SERVICES
Amount of Restitution: $62,478.06

Name of Payee: AMERICAN EXPRESS SECURITY
Amount of Restitution: $52,693.82

**Total Amount of Restitution ordered: $256,260.06**

Dated this _12_ day of October 2018.

_____
UNITED STATES DISTRICT JUDGE